# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Pacific Union Financial, LLC, | Case No. 18-cv-00273-JNE/FLN |
| Plaintiff, | |
| vs. | **DECLARATION OF** |
| | **SAMUEL W. DIEHL** |
| David C. Dingman, Scott C. Smith, Nicholas W. Brownell, and Cardinal Financial Company, John Does 1 through 10, | |
| Defendants. | |

_____

I, Samuel W. Diehl, declare and state as follows:

1. I am a Shareholder of Gray, Plant, Mooty, Mooty & Bennett, P.A. ("GPM"), Counsel for Defendant Cardinal Financial Company ("Cardinal"). I submit this declaration in support of Cardinal's Motion to Dismiss. I make this declaration based on my personal knowledge and if called as a witness, I could and would competently testify to the matters stated herein.

2. Attached as **<u>Exhibit 1</u>** is a copy of the complaint in *Pacific Union Financial, LLC v. David C. Dingman, Scott C. Smith, Nicholas W. Brownell*, Hennepin County Case No. 27-CV-18-329 (filed by Pacific Union on January 5, 2018, voluntarily dismissal filed by Pacific Union on January 26, 2018).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 21, 2018 at Minneapolis, Minnesota.

                                                   <u>s/ Samuel W. Diehl</u>
                                                                Samuel W. Diehl

GP:4845-1866-1726 v1