UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Pacific Union Financial, LLC, | Civil No. 18-273 (JNE/BRT) |
| Plaintiff, | |
| v. | ORDER |
| David C. Dingman, Scott C. Smith, Nicholas W. Brownell, Cardinal Financial Company and John Does 1 through 10, | |
| Defendants. | |

On June 15, 2018, Plaintiff Pacific Union Financial, LLC, and Defendant Cardinal Financial Company filed a Stipulation of Dismissal with Prejudice [Dkt. No. 33]. Based on the stipulation, this action is dismissed with prejudice as to Defendant Cardinal Financial Company without taxation of costs or attorney fees to any party.

IT IS SO ORDERED.

Dated: June 19, 2018

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge